UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-657-FDW

| | |
|---|---|
| BRIAN KEITH ROGERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| UNITED STATES, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court following a review of Petitioner's motion to vacate, set aside or correct sentence, which is filed pursuant to 28 U.S.C. § 2255.

In his pro se § 2255 motion, Petitioner raises six claims of ineffective assistance of counsel and a claim of prosecutorial conduct. Following each claim for relief, Petitioner indicates that the claim is supported by a memorandum, however no such memorandum has been filed in this case. The Court finds that Petitioner shall be afforded 14-days from entry of this Order to file any supporting memorandum or other exhibits before the Court proceeds to review the merits of Petitioner's claims.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have 14-days from entry of this Order to file a supporting memorandum in support his claims for relief.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Frank D. Whitney
Chief United States District Judge